JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

KIRSTEN COOK and ESTATE OF ETHAN COOK,

    Plaintiffs,

v.

STEVEN DRAGNA et al.,

    Defendants.

Case No.: SACV 15-01448-CJC(JCGx)

FINAL JUDGMENT AS TO DEFENDANTS OTHER THAN ALAN COOK

On December 6, 2016, the Court dismissed with prejudice Plaintiffs' claims against all Defendants other than Alan Cook. (Dkt. 167.) In accordance with the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against Plaintiffs and in favor of Defendants Steven Dragna, Miriam Galindo, Jorge Galindo, Galindo and Associates, Connie Bird, Sylvie Cote, Corporal Jason Farris, Officer Tom McGuire, Sargent David McGill, Officer Bryn Fedderson, Kristen Klein, Orange County, Orange County Superior Court, the State of California, and the Laguna Beach Police Department. Those Defendants shall be entitled to recover their costs.

DATED:   March 23, 2017

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE