JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

KIRSTEN COOK and ESTATE OF ETHAN COOK,

      Plaintiffs,

v.

STEVEN DRAGNA et al.,

      Defendants.

Case No.: SACV 15-01448-CJC(JCGx)

FINAL JUDGMENT AS TO DEFENDANT ALAN COOK

      On February 8, 2017, the Court dismissed with prejudice Plaintiffs' claim against Defendant Alan Cook for violation of the Bane Act, California Civil Code § 52.1. (Dkt. 182.) The Court declined to exercise supplemental jurisdiction over Plaintiff Kirsten Cook's remaining claims pursuant to 28 U.S.C. § 1367(c)(3); those claims were dismissed without prejudice to enable Plaintiff Kirsten Cook to file them in state court. (*Id.*) In accordance with the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against Plaintiffs and in favor of Defendant Alan Cook as to the Bane Act claim. Defendant Alan Cook is entitled to recover his costs.

DATED:    March 23, 2017

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE